IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**ROGELIO OROZCO**                                                    **PLAINTIFF**

vs.                          Case No. 3:16-CV-1179-GCS

**KIMBERLY BUTLER, et al.**                                    **DEFENDANTS**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100


*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2023, a copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Tara Barnett, Esq.
Assistant Attorney General for the State of Illinois
201 West Pointe Drive, Suite 7
Swansea, IL 62226
Telephone: 618-236-8616
Facsimile: 618-236-8620
Tara.barnett@ilag.gov

                                              */s/ Colby Qualls*_____
                                              **Colby Qualls**