IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**ROGELIO OROZCO**                                                                          **PLAINTIFF**

vs.                              Case No. 3:16-CV-1179-GCS

**KIMBERLY BUTLER, et al.**                                              **DEFENDANTS**

## <u>MOTION TO WITHDRAW—JOSH SANFORD</u>

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1.      Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.      As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 185), he will remain as counsel of record on behalf of Plaintiff.

3.      Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, a copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.
FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Tara Barnett, Esq.
Assistant Attorney General for the State of Illinois
201 West Pointe Drive, Suite 7
Swansea, IL 62226
Telephone: 618-236-8616
Facsimile: 618-236-8620
Tara.barnett@ilag.gov

*/s/ Josh Sanford*
**Josh Sanford**